Order entered November 13, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00422-CR

### AUSTIN MICHAEL BRUMLEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81289-2011**

## ORDER

The Court **REINSTATES** the appeal.

On October 11, 2012, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 8, 2012, we received the reporter's record. Therefore, we **VACATE** the October 11, 2012 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

DAVID L. BRIDGES
JUSTICE